

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00248-CV

| | | |
|---|---|---|
| Geri Merry and Mike Merry | § | From the 48th District Court |
| v. | § | of Tarrant County (048-274276-14) |
| Diana E. Wilson, M.D., Neurosurgical & Spine Center, North Texas Neurosurgical & Spine Center, and Texas Health Physicians Group | § | June 30, 2016 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants, Geri Merry and Mike Merry, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth